JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ZARIAN,<br><br>   Plaintiff,<br>   v.<br><br>ORVILLE EMERSON JR, in his individual and representative capacity as trustee of the Orville Jr & Paulette Emerson Trust; PAULETTE LOUISE EMERSON, in her individual and representative capacity as trustee of the Orville Jr & Paulette Emerson Trust; and Does 1-10<br><br>   Defendants. | Case: 2:16-CV-04951-R-GJS<br><br>**ORDER** |

### ORDER

The entire case is hereby ordered dismissed without prejudice.

Dated: August 17, 2016

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE